IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEW ZION CHRISTIAN FELLOWSHIP, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 21-cv-05636 ) |
| SENECA SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Defendant. | |

### JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff New Zion Christian Fellowship and Defendant Seneca Specialty Insurance Company and file this Joint Notice of Settlement and respectfully notify the Court that on May 1, 2023, Plaintiff and Defendant entered into an agreement to settle all claims in this case. The parties anticipate that within thirty (30) days, a settlement agreement will be signed by all parties and a Joint Stipulation of Dismissal with Prejudice will be filed.

Dated: May 2, 2023

                                                Respectfully submitted,

                                                */s/ Jacob S. Langley*
                                                Jacob S. Langley
                                                Georgia Bar No. 713503
                                                ZERBE, MILLER, FINGERET, FRANK & JADAV, LLP
                                                3009 Post Oak Blvd., Suite 1700
                                                Houston, Texas 77056
                                                Telephone: 713-350-8152
                                                Facsimile: 713-350-3607
                                                jlangley@zmflaw.com
                                                *PRO HAC VICE*

and

*/s/ Kenneth C. Apicella*
Kenneth C. Apicella
Drost, Gilbert, Andrew & Apicella, LLC
4811 Emerson Avenue, Suite 110
Palatine, Illinois 60067
Phone: (847) 934-6000
Fax: (847) 934-6040
kca@dgaalaw.com

**ATTORNEYS FOR PLAINTIFF**

/s/ *Phillip G. Litchfield*
James E. Abbott (ARDC No. 6255540)
Phillip G. Litchfield (ARDC No. 6317818)
Litchfield Cavo LLP
303 W. Madison St., Suite 300
Chicago, Illinois 60606
312-781-6572 (Abbott)
312-781-6584 (Litchfield)
abbott@litchfieldcavo.com
litchfieldP@litchfieldcavo.com
*Counsel for Defendant Seneca Specialty Insurance Company*