**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

New Zion Christian Fellowship
                                            Plaintiff,

v.                                                                 Case No.: 1:21−cv−05636
                                                                        Honorable M. David Weisman

Seneca Specialty Insurance Company
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 25, 2023:

      MINUTE entry before the Honorable M. David Weisman: Pursuant to the joint stipulation of dismissal [47], this case is dismissed in its entirety with prejudice pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure. Each party bearing its own cost. Status hearing set for 7/26/23 is stricken. Civil case terminated. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.